IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

      Plaintiff,

v.                                                          No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS,
SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

THIS MATER is before the Court on Plaintiff's Unopposed Motion to Amend the Scheduling Order, (Doc. 53), filed February 3, 2023. The parties request a 120-day extension of their pretrial deadlines due to issues regarding entering into a protective order, which has delayed production of discovery and depositions, and due to Plaintiff's expert recently receiving the subject tires for inspection and analysis. Having considered the Motion and record of the case, the Court finds that the Motion to Amend Scheduling Order is well-taken and is GRANTED. The parties' pretrial deadlines are extended as follows:

1. Deadline for Plaintiff's expert reports:  July 5, 2023;

2. Deadline for Defendants' expert reports:  August 22, 2023;

3. Deadline for rebuttal expert reports:  October 11, 2023;

4. Termination of discovery:  November 29, 2023;

5. Motions relating to discovery:  December 19, 2023;

6. Dispositive motions:  January 6, 2024.

The Court will set a settlement conference at the scheduled April 26, 2023 status conference.  *See* (Doc. 37).

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE