**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ASHLI GREGORY,

       Plaintiff,

v.                                   No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS, SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

       Defendants.

**ORDER TO NOTIFY THE COURT REGARDING STATUS OF**
**MOTION TO COMPEL PRODUCTION OF THE TIRE (Doc. 44)**

THIS MATTER is before the Court sua sponte. On January 5, 2023, Plaintiff filed a

Motion to Compel Production of the Tire at issue in this case. (Doc. 44). On January 20, 2023,

Defendant Bridgestone Americas Tire Operations filed a notice that the parties agreed to an

extension for responding to the Motion to Compel to January 24, 2023. (Doc. 49). That

deadline has passed and no response has been filed, which constitutes consent to grant the

motion. D.N.M. LR-Civ. 7.1(b). However, Plaintiff has not filed a notice of completion of

briefing, as required by Local Rule 7.4(e). D.N.M. LR-Civ. 7.4(e) ("Upon completion of

briefing, the movant must file a notice certifying that the motion is ready for decision and

identifying the motion and all related filings by date of filing and docket number."). Because it

is unclear whether Plaintiff wishes to pursue the Motion to Compel Production of the Tire, the

Court hereby orders Plaintiff to notify the Court in writing **by March 22, 2023** as to whether the

Motion to Compel is still being briefed, is ready for ruling, or if it will be withdrawn.


                                          KEVIN R. SWEAZEA
                                          UNITED STATES MAGISTRATE JUDGE