IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

    Plaintiff,

v.                                                                                              No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS, SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Defendant Bridgestone Americas Tire Operation's Motion for Protective Order Regarding Plaintiff's Cross-Notices of Deposition of Paul Bernstorf and Peter Sands, (Doc. 76), filed May 1, 2023. Defendant BATO asks the Court to quash Plaintiff's April 29, 2023 Notice of Deposition for these two witnesses for May 2 and May 4, 2023. Defendant BATO also filed a Notice of Non-Appearance pursuant to Local Rule 30.2, stating Mr. Bernstorf and Mr. Sands will not appear to testify on May 2 or May 4, 2023 as to any questions pertaining to this case. (Doc. 77).

Considering that Defendant BATO seeks relief relating to depositions that are scheduled for May 2 and May 4, 2023, the Court will order expedited briefing as follows:

1) Plaintiff's response to the Motion for Protective Order is due **by 5:00 p.m. Tuesday, May 2, 2023**; and

2) Defendant's reply, if any, is due **by 12:00 p.m. (noon) Wednesday, May 3, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE