IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

    Plaintiff,

v.                           No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS, SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on the Joint Motion on Behalf of Plaintiff and Defendants Harris and Skyway Logistics Corp. to Amend the Scheduling Order, (Doc. 87), filed June 16, 2023. These parties ask the Court to extend the scheduling order deadlines by 120 days due to delays in setting depositions and obtaining discovery, and because additional discovery is necessary to complete the parties' expert reports. Plaintiff states that she sought Defendant Bridgestone Americas Tire Operation, LLC's position on the motion on June 14, 2023, but has not yet received a response. (Doc. 87) at 1. Due to Plaintiff's expert report deadline of July 5, 2023, *see* (Doc. 54), the Court will order expedited briefing as follows:

1) Defendant Bridgestone Americas Tire Operation, LLC's response to the Motion to Amend the Scheduling Order is due **by Monday, June 26, 2023**; and

2) The moving parties' reply, if any, is due **by Tuesday, June 27, 2023**.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE