IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

      Plaintiff,

v.                                                    No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS,
SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

THIS MATTER is before the Court on the Joint Motion of Plaintiff and Defendants Harris and Skyway Logistics Corp. to Amend the Scheduling Order, (Doc. 87), filed June 16, 2023.  The parties request a 120-day extension of their pre-trial deadlines due to issues regarding setting depositions and the outcome Plaintiff's Motion to Compel, which is being briefed. Defendant Bridgestone Americas Tire Operations filed a response to the motion on June 26, 2023, stating it does not oppose extension of the pre-trial deadlines outlined in the Joint Motion to Amend.  (Doc. 92).  Having considered the Motion and record of the case, the Court finds that the Motion to Amend Scheduling Order is well-taken and is GRANTED.  The parties' pretrial deadlines are extended as follows:

    1.  Deadline for Plaintiff's expert reports:  November 2, 2023;

    2.  Deadline for Defendants' expert reports:  December 20, 2023;

    3.  Deadline for rebuttal expert reports:  February 8, 2024;

    4.  Termination of discovery:  March 8, 2024;

    5.  Motions relating to discovery:  April 17, 2024;

  6. Dispositive motions: May 6, 2024.

The Court will set a status conference to set a settlement conference closer to the close of discovery.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE