IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

      Plaintiff,

v.                                                                                                    No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS,
SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

      Defendants.

## ORDER GRANTING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Amend the Scheduling Order, (Doc. 116), filed September 18, 2023.  The parties request a 120-day extension of their pre-trial deadlines due to issues regarding setting depositions and anticipated discovery from a third party.  The parties have had more than one year for discovery since the Rule 16 Scheduling Conference was held on July 12, 2022.  *See* (Doc. 32, setting discovery deadline for August 1, 2023).  The parties have since requested and received two extensions of their pretrial deadlines.  *See* (Doc. 54, extending discovery deadline to November 29, 2023); and (Doc. 93, extending discovery deadline to March 8, 2024).  Considering the extensive amount of time the parties have had to complete discovery, the Court will allow the parties a final extension of their pretrial deadlines of sixty (60) days, instead of the 120-days they request.  Accordingly, the Joint Motion to Amend the Scheduling Order, (Doc. 116), is GRANTED IN PART, and the parties' pretrial deadlines are extended as follows:

      1.  Deadline for Plaintiff's expert reports:  January 2, 2024;

      2.  Deadline for Defendants' expert reports:  February 20, 2024;

      3.  Deadline for rebuttal expert reports:  April 8, 2024;

4. Termination of discovery: May 7, 2024;

5. Motions relating to discovery: June 17, 2024;

6. Dispositive motions: July 5, 2024.

No further extensions will be granted.

                                                                                     _____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE