IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

    Plaintiff,

v.                                                                     No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS, SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

    Defendants.

## ORDER FINDING AS MOOT MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Defendant Bridgestone Americas Tire Operation's ("BATO") Motion for Protective Order for Plaintiff's Amended Notice of Videotaped Deposition Duces Tecum, filed December 18, 2023. (Doc. 141). Defendant BATO seeks a protective order to limit inquiry into proprietary and trade secret information at the December 20, 2023 deposition of BATO's corporate representative. No response was filed and the time for doing so has passed, which constitutes consent to grant the motion. *See* D.N.M. LR-Civ. 7.1. Considering no response was filed and the deposition date has passed, the Court finds the Motion for Protective Order is MOOT.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE