IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **ASHLI GREGORY,**<br><br>        Plaintiff,<br>   v.<br><br>**DORRELL HARRIS, SKYWAY LOGISTICS CORP. and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, a foreign company which is the successor to BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC,**<br><br>        Defendants. | Case No. 2:22-cv-00089-WJ-KRS |

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

This Court, having reviewed Plaintiff's Unopposed Motion for Leave to Amend Complaint, GRANTS Plaintiff's Unopposed Motion. Plaintiff shall file her First Amended Complaint removing claims for lost earnings and lost earnings capacity upon receipt of this Order.

   **IT IS SO ORDERED.**

                                             _____
                                             KEVIN R. SWEAZEA
                                             UNITED STATES MAGISTRATE JUDGE