IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLI GREGORY,

    Plaintiff,

v.                                                        No. 2:22-cv-89 WJ/KRS

DORRELL HARRIS,
SKYWAY LOGISTICS CORP., and
BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATTER is before the Court on the parties' Expedited Joint Motion to Extend Mediation Deadline and Reset Status Conference, (Doc. 171), filed May 1, 2024. The parties state they need additional time to complete expert depositions and that those depositions need to be completed before a mediation or settlement conference can be fruitful. Consequently, the parties ask the Court to extend their mediation deadline from May 7, 2024 to August 30, 2024, and to reset the May 28, 2024 status conference to September 2024.

Having considered the Motion and record of the case, the Court GRANTS the Motion to Extend. The parties shall engage in a private mediation no later than August 30, 2024 and shall file a notice with the Court stating whether it was successful. The Court will reset the May 28, 2024 status conference by separate order. All deadlines in the Order Granting in Part Joint Motion to Amend Scheduling Order, (Doc. 117), remain as set.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STAGES MAGISTRATE JUDGE